UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RAMIRO and EMMA FREIRE, husband and wife; STUART ESTRINE and GUNTHER PAUL,<br><br>  Plaintiffs,<br><br>vs.<br><br>CIGNA; CIGNA HEALTHCARE; and GREATWEST HEALTHCARE,<br><br>  Defendants. | 2:10-CV-1271 PMP-PAL<br><br>**ORDER** |

On August 4, 2010, Defendant CIGNA Healthcare, Inc., filed a Motion to Dismiss Plaintiffs Complaint, or Alternatively, for a More Definite Statement (Doc. #6), since that date, the Court has approved four stipulations extending the deadline for Plaintiffs to file a response to Defendant's Motion to Dismiss. The latest stipulation approved by the Court (Doc. #18) on September 10, 2010 provided that Plaintiffs would have to and including September 27, 2010, within which to file an opposition. To date, Plaintiffs have failed to do so. Therefore, in accord with the local rules of this Court, Plaintiffs consent to the granting of Defendant's motion.

**IT IS THEREFORE ORDERED that** Defendant CIGNA Healthcare, Inc.'s Motion to Dismiss Plaintiffs Complaint, or Alternatively, for a More Definite Statement (Doc. #6) is **GRANTED**.

DATED: October 5, 2010.

_____
PHILIP M. PRO
United States District Judge