Bryce K. Kunimoto, Esq.
Nevada Bar No. 7781
Robert J. Cassity, Esq.
Nevada Bar No. 9779
HOLLAND & HART LLP
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, Nevada 89169
(702) 669-4600
(702) 669-4650 – fax
bkunimoto@hollandhart.com
bcassity@hollandhart.com

Joanna Kishner, Esq.
Nevada Bar No. 5037
DLA PIPER LLP
3960 Howard Hughes Parkway, Ste. 400
Las Vegas, Nevada 89169
(702) 677-3905
(702) 737-1612 – fax
joanna.kishner@dlapiper.com

*Attorneys for CIGNA Healthcare, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAMIRO and EMMA FREIRE, husband and wife; STUART ESTRINE and GUNTHER PAUL,<br><br>Plaintiffs,<br>v.<br><br>CIGNA; CIGNA HEALTHCARE; and GREAT-WEST HEALTHCARE, DOES I-X and ROE CORPORATIONS I-X, inclusive.<br><br>Defendants. | CASE NO.: 2:10-cv-01271-PMP-PAL<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, Ramiro Freire, Emma Freire, and Stuart Estrine,[1] and Defendant CIGNA Healthcare, Inc. (improperly captioned as CIGNA HEALTHCARE), by and through their respective attorneys of record, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-entitled action shall be dismissed, with prejudice.

---

[1] Plaintiff Gunther Paul previously voluntarily dismissed his claims against the Defendants.

4921459_1.DOC

Each party shall bear his, her or its own attorneys' fees and costs in relation to this action, and no party claims to be a prevailing party with respect to the action.

DATED November 19, 2010.

| | |
|---|---|
| /s/ Bryce K. Kunimoto | /s/ Melanie A. Ells, Esq. |
| Bryce K. Kunimoto, Esq. | Peter C. Wetherall, Esq. |
| Robert J. Cassity, Esq. | Melanie A. Ells, Esq. |
| Holland & Hart LLP | White & Wetherall LLP |
| 3800 Howard Hughes Parkway, 10th Floor | 9345 W. Sunset Road, Suite 100 |
| Las Vegas, Nevada 89169 | Las Vegas, Nevada 89148 |
| | |
| Joanna Kishner, Esq. | *Attorney for Plaintiffs* |
| Nevada Bar No. 5037 | |
| DLA PIPER LLP | |
| 3960 Howard Hughes Parkway, Ste. 400 | |
| Las Vegas, Nevada 89169 | |

*Attorneys for Defendant Cigna Healthcare, Inc.*

## **ORDER**

Having reviewed the Stipulation of the parties, and good cause appearing:

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice, with each party to bear his, her or its own attorneys' fees and costs.

DATED this _ 22nd day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE